UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LARRY LEUTENEGGER,
GERALD POE, and
MIKE SEE,

      Plaintiffs,

vs.                                         Case No. 10-cv-234

FOILES MIGRATORS, INC.,
and
JEFFERY B. FOILES,

      Defendants.

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendants Foiles Migrators, Inc. and Jeffrey B. Foiles pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Foiles Migrators, Inc. and Jeffery B. Foiles is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 15th day of July, 2010.

                                                  */s/ Peter Oppeneer*
                                                  PETER OPPENEER
                                                  Clerk of Court