IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LARRY LEUTENEGGER, GERALD POE and
MIKE SEE,

                Plaintiffs,                ORDER

    and

                                                10-cv-234-wmc

KEVIN GUYNN and RONALD WALKER,

                Involuntary Plaintiffs,

    v.

FOILES MIGRATORS, INC. and JEFFREY B. FOILES,

                Defendants.

---

      Harry E. Van Camp and DeWitt Ross & Stevens S.C. have filed a motion for leave to withdraw as counsel for defendants Foiles Migrators, Inc. and Jeffrey B. Foiles in this matter. Dkt. #54. Before granting the motion, defendants will be given an opportunity to raise any objections to it and the grounds for their objections. In addition, the defendant business entity cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

      Therefore, the court will reserve a ruling on the motion for leave to withdraw until defendants have had an opportunity to advise the court whether they object to the withdrawal of counsel and on what grounds or, alternatively, that they do not object and

1

have either engaged new counsel or are in the process of doing so. If defendants do not respond to this opportunity to be heard by July 7, 2011, an order will be entered granting the motion and directing Foiles Migrators, Inc. to indicate whether it intends to retain new counsel.

Entered this 27th day of June, 2011.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2